ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Patricio Enterprises, Inc. | ) ASBCA No. 62814 |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCES FOR THE APPELLANT:    Pamela J. Mazza, Esq.
    Katherine B. Burrows, Esq.
    Samuel S. Finnerty, Esq.
    Christine C. Fries, Esq.
     PilieroMazza PLLC
     Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:    Arthur M. Taylor, Esq.
     DCMA Chief Trial Attorney
    Patrick B. Grant, Esq.
     Trial Attorney
     Defense Contract Management Agency
     Chantilly, VA

## ORDER OF DISMISSAL

The Board is in receipt of the parties' June 3, 2021, joint request to dismiss this appeal with prejudice. The parties state that appellant has requested a voluntarily withdrawal of the subject appeal, with prejudice, and that the government does not object to appellant's request.

The parties' request is granted and the appeal is dismissed with prejudice.

Dated: June 9, 2021

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62814, Appeal of Patricio Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:  June 10, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals